UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.: CR04-0103-JCC |
| Plaintiff, ) | |
| ) | SUMMARY REPORT OF U.S. |
| v. ) | MAGISTRATE JUDGE AS TO |
| ) | ALLEGED VIOLATIONS |
| LEENA DANIEL ARROYO-ORAIVEJ, ) | OF SUPERVISED RELEASE |
| ) | |
| Defendant. ) | |
| _____ ) | |

An evidentiary hearing on a petition for violation of supervised release in this case was scheduled before the undersigned Magistrate Judge on March 21, 2007. The United States was represented by Assistant United States Attorney Tate London, and the defendant by Catherine Chaney.  The proceedings were recorded on cassette tape.

The defendant had been sentenced on or about August 12, 2004, on a charge of Making, Uttering, and Possessing Counterfeit Securities.  Defendant was sentenced by the Honorable John C. Coughenour to fifty-three (53) days in custody to be followed by three years of supervised release.

The conditions of supervised release included the requirements that the defendant comply with all local, state, and federal laws, and with all standard conditions.  Special conditions imposed included, but were not limited to, financial disclosure, restitution in the amount of $42,000.00, participation in a substance abuse and mental health program, no

REPORT AND RECOMMENDATION OF
U.S. MAGISTRATE JUDGE AS TO ALLEGED
VIOLATIONS OF SUPERVISED RELEASE
PAGE 1

possession of firearms or destructive devices, mandatory drug testing, abstinence from alcohol, consent to search and seizure, 180 days of home confinement with electronic monitoring, disclosure of all assets and liabilities, no new credit, and no possession of identification in any other name than her true and legal name.

In a Petition for Warrant or Summons dated March 9, 2007, Probation Officer Michael J. Larson alleged the defendant committed the following violations of the conditions of her supervised release:

1. Failing to submit a truthful and complete written report within the first five days of each month for September, October, November, and December 2006, and January and February 2007, in violation of standard condition number two. At the evidentiary hearing, the government amended violation number one to exclude February of 2007.

2. Failing to notify the probation officer ten days prior to any change in residence or employment, in violation of standard condition number six.

3. Using oxycodone without a prescription on or before February 7, 2007, in violation of standard condition number seven.

4. Using cocaine on or before February 7, February 15, February 16, February 21, February 27, and March 1, 2007, in violation of standard condition number seven. At the evidentiary hearing, the government amended violation number 4 to exclude February 16, 2007.

5. Using marijuana on or before February 15, 2007, in violation of standard condition number seven.

At the hearing on March 21, 2007, defendant was advised in full as to the charges asserted in the petition for violation of her supervised released, and as to her constitutional rights. The defendant admitted to violation number one as amended, violation number two, violation number four as amended, and violation number 5. The government dismissed alleged violation number 3.

REPORT AND RECOMMENDATION OF
U.S. MAGISTRATE JUDGE AS TO ALLEGED
VIOLATIONS OF SUPERVISED RELEASE
PAGE 2

I therefore recommend that the Court find the defendant violated the conditions of her supervised release, and that the Court conduct a hearing limited to the issue of disposition. The disposition hearing has been scheduled before The Honorable John C. Coughenour at 9:00 a.m. on April 6, 2007.

Pending a final determination by the Court, the defendant remains in custody.

DATED this 22nd day of March, 2007.

*James P. Donohue*
_____
JAMES P. DONOHUE
United States Magistrate Judge

cc:  District Judge:          The Hon. John C. Coughenour
     AUSA:                    Mr. Tate London
     Defendant's attorney:    Ms. Catherine Chaney
     Probation officer:       Mr. Michael J. Larson