UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. CR04-103-JCC |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | SUMMARY REPORT OF U.S. |
| | ) | MAGISTRATE JUDGE AS TO |
| LEENA DANIEL ARROYO-ORAIVEJ, | ) | ALLEGED VIOLATIONS |
| | ) | OF SUPERVISED RELEASE |
| Defendant. | ) | |
| _____ | ) | |

An initial hearing on supervised release revocation in this case was scheduled before me on November 27, 2007. The United States was represented by AUSA J. Tate London and the defendant by Catherine Chaney. The proceedings were digitally recorded.

Defendant had been sentenced on or about August 12, 2004 by the Honorable John C. Coughenour on a charge of Making, Uttering, and Possessing Counterfeit Securities, and sentenced to 53 days custody with credit for time served, three years supervised release. (Dkt. 30.)

The conditions of supervised release included the standard conditions plus the requirements that defendant be prohibited from possessing a firearm, submit to mandatory drug testing, participate in substance abuse treatment, abstain from alcohol, submit to search, participate in

SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS
TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE
PAGE -1

mental health treatment, participate in a home confinement program with electronic monitoring for 180 days, pay restitution in the amount of $42,000, provide access to financial information, disclose all assets and liabilities, be prohibited from incurring new credit lines or obligations without permission of probation officer, and not possess any identification documents in any but her true identity.

On March 27, 2007, defendant admitted violating the conditions of supervised release by failing to submit complete and truthful monthly reports, failing to provide timely notification to her probation officer of a change in residence, using cocaine, and using marijuana. (Dkt. 39.) Defendant was sentenced to 18 days with credit for time served, and eight months supervised release. She was required to participate in a home confinement program for up to 120 days.(Dkt. 42.)

In an application dated October 26, 2007 (Dkt. 43 ), U.S. Probation Officer Michael J. Larson alleged the following violations of the conditions of supervised release:

1.  Failing to make restitution payments for the months of May, June, July, August and September 2007, in violation of the special condition requiring payment of restitution in monthly installments of not less than 10% of her gross household income. At hearing, the government moved to amend the alleged violation by deleting the months of May, June and July.

2.  Using cocaine, on or about August 9, and October 15, 2007, in violation of standard condition number seven.

3.  Failing to satisfactorily participate in the home confinement program by using a controlled substance while in the program, in violation of the special condition requiring her participation in said program for a period of 120 days.

SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS
TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE
PAGE -2

4.       Committing the crime of driving while license suspended (DWLS), on or about October 15, 2007, in violation of the mandatory condition requiring she not commit another federal, state or local crime.

Defendant was advised in full as to those charges and as to her constitutional rights.

Defendant admitted the alleged violations, including violation number one as amended, and waived any evidentiary hearing as to whether they occurred. (Dkt. 46.)

I therefore recommend the Court find defendant violated her supervised release as alleged, and that the Court conduct a hearing limited to the issue of disposition.  The next hearing will be set before Judge Coughenour.

Pending a final determination by the Court, defendant has been released on the conditions of supervision.

DATED this 27th day of November, 2007.

Mary Alice Theiler
United States Magistrate Judge

cc:     District Judge:              Honorable John C. Coughenour
        AUSA:                        J. Tate London
        Defendant's attorney:        Catherine Chaney
        Probation officer:           Michael J. Larson