UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No. CR04-103-JCC |
| Plaintiff, ) | |
| ) | |
| v. ) | SUMMARY REPORT OF U.S. |
| ) | MAGISTRATE JUDGE AS TO |
| LEENA D. ARROYO-ORAIVEJ, ) | ALLEGED VIOLATIONS |
| ) | OF SUPERVISED RELEASE |
| Defendant. ) | |
| _____ ) | |

An evidentiary hearing on a petition for violation of supervised release was held before the undersigned Magistrate Judge on April 23, 2008. The United States was represented by Assistant United States Attorney J. Tate London, and the defendant by Catherine Chaney. The proceedings were digitally recorded.

The defendant had been charged and convicted of Making, Uttering, and Possessing Counterfeit Securities in violation of 18 U.S.C. §§ 513(a) and 2. On or about August 12, 2004, defendant was sentenced by the Honorable John C. Coughenour to a term of fifty-three (53) days in custody, to be followed by three (3) years of supervised release.

The conditions of supervised release included the requirements that the defendant comply with all local, state, and federal laws, and with the standard conditions. Special conditions imposed included, but were not limited to, substance abuse program, financial disclosure, $42,000 restitution, mental health program, no firearms or destructive devices,

SUMMARY REPORT OF U.S. MAGISTRATE
JUDGE AS TO ALLEGED VIOLATIONS
OF SUPERVISED RELEASE
PAGE 1

mandatory drug testing, abstinence from alcohol, search and seizure, 120 day home confinement placement, maintenance of a single checking account, disclosure of all assets and liabilities, no new credit, prohibited from self-employment, and prohibited from possessing identification documents in any other name.

In a Petition for Warrant or Summons, dated April 11, 2008, U.S. Probation Officer Michael J. Larson asserted the following violations by defendant of the conditions of his supervised release:

(1) Using cocaine on or before March 7, March 19, March 24, March 27, April 1, April 3, April 8, and April 9, 2008, in violation of standard condition number seven.

(2) Using marijuana on or before March 19, March 24, and March 27, 2008, in violation of standard condition number seven.

(3) Failing to report to the probation office as instructed for drug testing on March 3, March 4, and March 25, 2008, in violation of the special condition requiring her participation in a program approved by the probation office for treatment of narcotic addiction, drug dependency, or substance abuse, which may include testing to determine if she has reverted to the use of drugs or alcohol.

On April 16, 2008, defendant made her initial appearance. The defendant was advised of the allegations and advised of her rights. On April 23, 2008, defendant appeared for an evidentiary hearing on the alleged violations. Defendant admitted to violations 1, 2 and 3.

I therefore recommend that the Court find the defendant to have violated the terms and conditions of her supervised release as to violations numbers 1, 2 and 3, and that the Court conduct a hearing limited to disposition. A disposition hearing on these violations has been set before the Honorable John C. Coughenour on May 2, 2008 at 9:00 a.m.

//

//

01    Pending a final determination by the Court, the defendant has been detained.

02    DATED this 23rd day of April, 2008.

*James P. Donohue*
_____
JAMES P. DONOHUE
United States Magistrate Judge

07  cc:    District Judge:          Honorable John C. Coughenour
08         AUSA:                    Mr. J. Tate London
           Defendant's attorney:    Ms. Catherine Chaney
09         Probation officer:       Mr. Michael J. Larson

SUMMARY REPORT OF U.S. MAGISTRATE
JUDGE AS TO ALLEGED VIOLATIONS
OF SUPERVISED RELEASE
PAGE 3